UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>               **Plaintiff,**<br><br>               **v.**<br><br>**STEPHEN SCOTT BURNS,**<br><br>               **Defendant.** | Civil Action No. 24-cv-000838-ABJ |

## JOINT STATUS REPORT

Plaintiff, the United States Securities and Exchange Commission, and Defendant, Stephen Scott Burns, respectfully submit the following Joint Status Report pursuant to the Court's Order of April 10, 2024. [ECF No. 6.]

In response to the Court's Docket Order of April 10, 2024, the Parties state that no further proceedings before this Court are necessary in this matter. The Final Judgment entered by the Court on April 10, 2024, resolves all issues before the Court in this case. Pursuant to the Final Judgment, the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

                                                          Respectfully submitted,

Date:  April 11, 2024                            /s/ James M. Carlson
                                                      James M. Carlson (DC Bar No. 981364)
                                                      Supervisory Trial Counsel
                                                      CarlsonJa@sec.gov
                                                      202-551-3711

                                                      Jeffrey G. Leasure (DC Bar No. 495458)
                                                      LeasureJ@sec.gov

202-551-4407

Suzanne J. Romajas
RomajasS@sec.gov
202-551-4473

Peter C. Lallas (DC Bar No. 495944)
LallasP@sec.gov
202-551-6864

Mark M. Oh (DC Bar No. 477310)
202-551-4436
OhMa@sec.gov

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

*Attorneys for Plaintiff*
*United States Securities and Exchange Commission*


         /s/ Michael Osnato
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212-455-3252
michael.osnato@stblaw.com


*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that I sent the foregoing document by email to the following:

>Michael J. Osnato, Jr.
>Simpson Thacher & Bartlett LLP
>425 Lexington Avenue
>New York, NY 10017
>212-455-3252
>michael.osnato@stblaw.com
>*Attorney for Defendant*

Date:   April 11, 2024

                        s/James M. Carlson
James M. Carlson (DC Bar No. 981364)
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
CarlsonJa@sec.gov
202-551-3711

*Attorney for Plaintiff United States Securities and Exchange Commission*